**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| HELEN JONES, | : | No. 442 WAL 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| RON OTT AND/OR EASTERN | : | |
| ELEVATOR SERVICE AND SALES | : | |
| COMPANY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of April, 2017, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED** to the following issue set forth below. Allocatur is **DENIED** as to all remaining issues.

     Absent an express request by the trial court to place any objections on the record, is a challenge to a trial court's jury instructions preserved pursuant to Pennsylvania Rule of Civil Procedure 227.1, if a party submits specific proposed points for charge to the trial court at the time of charging conference, and challenges the trial court's failure to include the specific points in a post-trial motion?

The Application for Costs and Counsel Fees Pursuant to Pennsylvania Rule of Appellate Procedure 2744 is also **DENIED**.